441 A.2d 797

Commonwealth v. Kordelski, Appellant.

Petition for Allowance of Appeal Denied July 7, 1982.

604

Before CERCONE, P. J., WICKERSHAM and BROSKY, JJ.

The judgment of sentence of the lower court is affirmed.